**DISMISS and Opinion Filed October 10, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00875-CV**
_____

**IN RE ENERGY TRANSFER LP**
**(FORMERLY KNOWN AS ENERGY TRANSFER  OPERATING, L.P.)**
**AND ETC TEXAS PIPELINE, LTD., Relators**

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-03837**

## MEMORANDUM OPINION

Before Justices Reichek, Smith, and Kennedy
Opinion by Justice Kennedy

Before the Court is relators' September 27, 2023 unopposed motion to dismiss

the petition for writ of mandamus. We grant the motion, and we dismiss this original

proceeding.

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

230875F.P05